UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE REFUGIO RAMIREZ,

      Defendant.
_____/

Case No. 1:06:CR:298

HON. GORDON J. QUIST

**<u>ORDER</u>**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed May 31, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Jose Refugio Ramirez's plea of guilty to Count 1 of the Third Superseding Indictment is accepted. Defendant Jose Refugio Ramirez is adjudicated guilty.

3. Defendant Jose Refugio Ramirez shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: July 6, 2007

                                                      /s/ Gordon J. Quist
                                                   GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE